# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: DIAMANT, ZAFI | § | Case No. 12-23432 |
| DIAMANT, JODIE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 06, 2012.  The undersigned trustee was appointed on December 06, 2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of                  $                  19,999.99

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 7,473.87 |
| Bank service fees | 173.44 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 12,352.68 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 09/19/2013 and the deadline for filing governmental claims was 06/04/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $123.15, for total expenses of $123.15. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/23/2014                By:/s/David A. Rosenberg, Trustee

Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 12-23432 | **Trustee:** (480023) David A. Rosenberg, Trustee |
| **Case Name:** DIAMANT, ZAFI | **Filed (f) or Converted (c):** 12/06/12 (f) |
| DIAMANT, JODIE | **§341(a) Meeting Date:** 01/09/13 |
| **Period Ending:** 04/23/14 | **Claims Bar Date:** 09/19/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 330 RANCHO CIRCLE, LAS VEGAS | 1,200,000.00 | 0.00 | OA | 14,629.99 | FA |
| 2 | BANK OF NEVADA ACCT ENDING IN: 2002<br>No value to estate | 4,178.97 | 0.00 | | 0.00 | FA |
| 3 | BANK OF NEVADA ACCOUNT ENDING IN #7054<br>(FOREIGN<br>No value to estate | 47.23 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 29,370.00 | 4,426.32 | | 5,370.00 | FA |
| 5 | GLOCK MODEL 23 .40 CALIBER PISTOL | 325.00 | 0.00 | | 0.00 | FA |
| 6 | MOSSBERG MODEL 500 12 GAUGE PUMP<br>SHOTGUN<br>No value to estate | 220.00 | 0.00 | | 0.00 | FA |
| 7 | BEST OF AMERICA - NATIONWIDE UNIVERSAL<br>LIFE INSU<br>No value to estate | 209,293.74 | 0.00 | | 0.00 | FA |
| 8 | TERM FIRST COLONLY LIFE - GENWORTH<br>FINANCIAL ACC<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 9 | MERRILL LYNCH EDUCATIONAL 529 ACCOUNT<br>ENDING IN<br>No value to estate | 39,572.61 | 0.00 | | 0.00 | FA |
| 10 | MERRILL LYNCH EDUCATIONAL 529 ACCOUNT<br>ENDING IN<br>No value to estate | 42,491.24 | 0.00 | | 0.00 | FA |
| 11 | PUTNAM EDUCATIONAL 529 ACCOUNT ENDING<br>IN #2398<br>No value to estate | 43,033.95 | 0.00 | | 0.00 | FA |
| 12 | UBS ACCOUNT ENDING IN #4756<br>No value to estate | 44,781.38 | 0.00 | | 0.00 | FA |
| 13 | USB ROTH IRA ACCOUNT ENDING IN #4758 (IN<br>CHILD'S<br>No value to estate | 49,011.94 | 0.00 | | 0.00 | FA |
| 14 | USB ROTH IRA ACCOUNTING ENDING #4757 (IN | 54,283.21 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 12-23432 | **Trustee:** (480023) David A. Rosenberg, Trustee |
| **Case Name:** DIAMANT, ZAFI | **Filed (f) or Converted (c):** 12/06/12 (f) |
| DIAMANT, JODIE | **§341(a) Meeting Date:** 01/09/13 |
| **Period Ending:** 04/23/14 | **Claims Bar Date:** 09/19/13 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| CHILD'S<br>    No value to estate | | | | | |
| 15 PRUDENTIAL ANNUITY IRA ACCOUNT ENDING<br>#7713<br>    No value to estate | 141,659.98 | 0.00 | | 0.00 | FA |
| 16 ANESTHESIOLOGY CONSULTANTS, INC. 401(K)<br>    No value to estate | 658,756.95 | 0.00 | | 0.00 | FA |
| 17 24.5% INTEREST IN THE J. & L.E. TARKANIAN 1993<br>I<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 18 50% INTEREST IN RADAR GOLF LEARNING<br>CENTER, LLC<br>    No value to estate | 5,570.00 | 0.00 | | 0.00 | FA |
| 19 5.5% INTEREST IN INTEGRATED MEDICAL<br>MANAGEMENT,<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 20 ZAFI DIAMANT, M.D., A PROFESSIONAL<br>CORPORATION<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 21 5.50% INTEREST IN TARK, LLC (JOSEPHINE<br>DIAMANT)<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 22 3.25% INTEREST IN TARK, LLC (ZAFRIR &<br>JOSEPHINE<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 23 0.02475% INTEREST IN BOSTON CAPITAL TAX<br>CREDIT F<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 24 8.97% INTEREST IN JAMD, LLC FORMERLY JAMD,<br>INC.<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 25 50% INTEREST IN LSDCCN OF NEVADA<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-23432

Case Name: DIAMANT, ZAFI
DIAMANT, JODIE

Period Ending: 04/23/14

Trustee: (480023)    David A. Rosenberg, Trustee

Filed (f) or Converted (c): 12/06/12 (f)

§341(a) Meeting Date: 01/09/13

Claims Bar Date: 09/19/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | 2013 LEXUS 450H (LEASE) No value to estate | 42,882.72 | 0.00 | | 0.00 | FA |
| 27 | 2012 LINCOLN MKX (LEASE) No value to estate | 30,412.00 | 7,627.00 | | 0.00 | FA |
| 28 | 2008 FORD EDGE No value to estate | 12,625.00 | 0.00 | | 0.00 | FA |
| 29 | 2012 HYUNDAI ACCENT (LEASE) No value to estate | 12,836.00 | 3,836.00 | | 0.00 | FA |
| 30 | ZAFRIR & JOSEPHINE DIAMANT 2008 IRREVOCABLE TRUS No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| **30** | **Assets**    **Totals (Excluding unknown values)** | **$2,621,351.92** | **$15,889.32** | | **$19,999.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

Approval of TFR by USTO

03/05/14 - Atty Fee order entered

Waiting for completion of payments

Initial Projected Date Of Final Report (TFR):    June 14, 2015          Current Projected Date Of Final Report (TFR):    April 23, 2014  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-23432 | |
| **Case Name:** | DIAMANT, ZAFI | |
| | DIAMANT, JODIE | |
| **Taxpayer ID #:** | **-***8369 | |
| **Period Ending:** | 04/23/14 | |

| | |
|---|---|
| **Trustee:** | David A. Rosenberg, Trustee (480023) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****134666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/02/13 | | Zafi Diamant | Acct #1; Payment #1 | | | 3,333.33 | | 3,333.33 |
| | {1} | | Acct #1; Payment #1 | 2,438.33 | 1110-000 | | | 3,333.33 |
| | {4} | | Acct #1; Payment #1 | 895.00 | 1129-000 | | | 3,333.33 |
| 08/02/13 | | Zafi Diamant | Acct #1; Payment #2, 3 | | | 6,666.66 | | 9,999.99 |
| | {1} | | Acct #1; Payment #2 | 2,438.33 | 1110-000 | | | 9,999.99 |
| | {1} | | Acct #1; Payment #3 | 2,438.33 | 1110-000 | | | 9,999.99 |
| | {4} | | Acct #1; Payment #2 | 895.00 | 1129-000 | | | 9,999.99 |
| | {4} | | Acct #1; Payment #3 | 895.00 | 1129-000 | | | 9,999.99 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.50 | 9,988.49 |
| 09/10/13 | | Zafi Diamant | Acct #1; Payment #4 | | | 3,333.33 | | 13,321.82 |
| | {1} | | Acct #1; Payment #4 | 2,438.33 | 1110-000 | | | 13,321.82 |
| | {4} | | Acct #1; Payment #4 | 895.00 | 1129-000 | | | 13,321.82 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.60 | 13,305.22 |
| 10/23/13 | | Zafi Diamant | Acct #1; Payment #5 | | | 3,333.33 | | 16,638.55 |
| | {1} | | Acct #1; Payment #5 | 2,438.33 | 1110-000 | | | 16,638.55 |
| | {4} | | Acct #1; Payment #5 | 895.00 | 1129-000 | | | 16,638.55 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.17 | 16,616.38 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 22.30 | 16,594.08 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.25 | 16,567.83 |
| 01/06/14 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 01/06/2014 FOR CASE #12-23432 | | 2300-000 | | 15.22 | 16,552.61 |
| 01/16/14 | | Zafi Diamant | Acct #1; Payment #6 | | | 3,333.34 | | 19,885.95 |
| | {1} | | Acct #1; Payment #6 | 2,438.34 | 1110-000 | | | 19,885.95 |
| | {4} | | Acct #1; Payment #6 | 895.00 | 1129-000 | | | 19,885.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.84 | 19,859.11 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.65 | 19,832.46 |
| 03/05/14 | 102 | Howard Kim & Associates | Claim allowed per Court Order entered 3/5/2014 [Doc 95] | | | | 7,458.65 | 12,373.81 |
| | | | Claim allowed per Court Order entered 3/5/2014 [Doc 95] | 7,115.00 | 3210-000 | | | 12,373.81 |
| | | | Claim allowed per Court Order entered 3/5/2014 [Doc 95] | 343.65 | 3210-000 | | | 12,373.81 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 21.13 | 12,352.68 |

Subtotals :    $19,999.99    $7,647.31

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-23432 |
| Case Name: | DIAMANT, ZAFI |
| | DIAMANT, JODIE |
| Taxpayer ID #: | **-***8369 |
| Period Ending: | 04/23/14 |

| | |
|---|---|
| Trustee: | David A. Rosenberg, Trustee (480023) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****134666 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 19,999.99 | 7,647.31 | $12,352.68 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 19,999.99 | 7,647.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,999.99** | **$7,647.31** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****134666** | 19,999.99 | 7,647.31 | 12,352.68 |
| | $19,999.99 | $7,647.31 | $12,352.68 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 19, 2013

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 12-23432 | | Page: 1 | | **Date:** April 23, 2014 | | |
| **Debtor Name:** DIAMANT, ZAFI | | | | **Time:** 01:46:00 PM | | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $2,750.00 | $0.00 | 2,750.00 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $123.15 | $0.00 | 123.15 |
| HK<br>200 | Howard Kim & Associates<br>400 N Stephanie St., Suite 160<br>Henderson, NV 89014 | Admin Ch. 7 | Claim allowed per Court Order entered 3/5/2014 [Doc 95] | $7,115.00 | $7,115.00 | 0.00 |
| HKE<br>200 | Howard Kim & Associates<br>400 N Stephanie St., Suite 160<br>Henderson, NV 89014 | Admin Ch. 7 | Claim allowed per Court Order entered 3/5/2014 [Doc 95] | $343.65 | $343.65 | 0.00 |
| BOND<br>200 | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Admin Ch. 7 | | $15.22 | $15.22 | 0.00 |
| 1<br>610 | FEDERAL DEPOSIT INSURANCE<br>CORPORATION AS RECEIVER<br>C/O THE COOPER CASTLE LAW FIRM,ATTN:<br>AARON M. WAITE, ESQ.,5275 SOUTH DURANGO<br>LAS VEGAS, NV 89113 | Unsecured | | $17,326,342.94 | $0.00 | 17,326,342.94 |
| 2<br>610 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $971.19 | $0.00 | 971.19 |
| 3<br>610 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $759.99 | $0.00 | 759.99 |
| 4<br>610 | RAFAEL YAHALOM<br>ATTN: BANKRUPTCY DEPT/ MANAGING AGENT<br>878 BROOKLINE DRIVE<br>SUNNYVALE, CA 94087 | Unsecured | | $212,143.00 | $0.00 | 212,143.00 |
| 5<br>610 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $51.90 | $0.00 | 51.90 |
| 6<br>610 | ECAST SETTLEMENT CORP,<br>ASSIGNEE OF CAPITAL ONE, N.A.,BASS &<br>ASSOCIATES, P.C.,3936 E. FT. LOWELL ROAD<br>TUCSON, AZ 85712 | Unsecured | | $265.48 | $0.00 | 265.48 |
| 7<br>610 | ECAST SETTLEMENT CORPORATION,<br>ASSIGNEE<br>OF CHASE BANK USA, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | Unsecured | | $7,395.74 | $0.00 | 7,395.74 |
| << Totals >> | | | | 17,558,277.26 | 7,473.87 | 17,550,803.39 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-23432
Case Name: DIAMANT, ZAFI
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:**    $        12,352.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:    $        12,352.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg, Trustee | 2,750.00 | 0.00 | 2,750.00 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 123.15 | 0.00 | 123.15 |
| Attorney for Trustee, Fees - Howard Kim & Associates | 7,458.65 | 7,458.65 | 0.00 |
| Other Expenses: International Sureties, LTD. | 15.22 | 15.22 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $        2,873.15
Remaining balance:    $        9,479.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $        0.00
Remaining balance:    $        9,479.53

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,479.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,547,930.24 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER | 17,326,342.94 | 0.00 | 9,359.83 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 971.19 | 0.00 | 0.52 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 759.99 | 0.00 | 0.41 |
| 4 | RAFAEL YAHALOM | 212,143.00 | 0.00 | 114.60 |
| 5 | AMERICAN EXPRESS BANK, FSB | 51.90 | 0.00 | 0.03 |
| 6 | ECAST SETTLEMENT CORP, | 265.48 | 0.00 | 0.14 |
| 7 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | 7,395.74 | 0.00 | 4.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,479.53 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $            0.00 |
| Remaining balance: | $            0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $            0.00 |
| Remaining balance: | $            0.00 |

**UST Form 101-7-TFR (05/1/2011)**